```
                    UNITED STATES DISTRICT COURT

                      DISTRICT OF CONNECTICUT


JAMES A. HARNAGE,               :
     Plaintiff,                  :
                                 :      PRISONER
     v.                          :      Civil No. 3:16cv1966(AWT)
                                 :
ANTONIO SANTIAGO, et al.,        :
     Defendants.                 :
```

## ORDER OF DISMISSAL

On December 12, 2016, the court denied the plaintiff's motion to proceed in forma pauperis in this action pursuant to the "three strikes" provision of the Prison Litigation Reform Act, codified at 28 U.S.C. § 1915(g). The court ordered the plaintiff to tender the filing fee within twenty days and cautioned him that the case would be dismissed if the fee were not received by the Clerk within the time specified. The plaintiff moved for reconsideration of the court's ruling. On March 13, 2017, the court granted the motion for reconsideration but denied the relief requested. To date, the plaintiff has neither tendered the filing fee nor sought additional time within which to do so.

Accordingly, this action is **DISMISSED** without prejudice pursuant to Rule 41(b), Fed. R. Civ. P., for failure to comply with court rules and tender the filing fee in a timely manner.

Any motion to reopen this dismissal shall be accompanied by the $400.00 filing fee and demonstrate good cause for failing to comply with the court's order.

It is so ordered.

Signed this 27th day of March 2017 at Hartford, Connecticut.

                                          /s/AWT
                              Alvin W. Thompson
                     United States District Judge